UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  LaToya Nicole Mitchell                                    Chapter 13
                                                                  Case No. ___
Debtor.

---

Chapter 13 Plan

---

Address:        Debtor   4245 Spring Leaf Lane, Memphis, TN 38141

Plan Payment:

Debtor Shall Pay:   $490.00 Every Two Weeks
        Or by:  (X) Payroll Deduction   Collierville Nursing & Rehab, 490 West Poplar Ave., Collierville, TN 38017

1.  This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].                    (X) Yes  ( )   No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( )   No
        [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].                  ( ) Yes  (X)   No

2.  Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3.  Auto Insurance:      ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4.  Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment   ( ) Trustee To:          Monthly Pmt.
                              ongoing payment begins  _____    _____
                         Approximate arrearage  _____    _____
    _____      ongoing payment begins  _____    _____
                         Approximate arrearage  _____    _____

5.  Priority Claims:                                                                            Monthly Pmt.

| | | Amount | |
|---|---|---|---|
| IRS | Amount | $9,069.21 | $152.00 |
| State of Arkansas | Amount | $600.00 | $10.00 |

6.  Home Mortgage Claims:      ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:          Monthly Pmt.
                              ongoing payment begins  _____    _____
                         Approximate arrearage  _____  Interest  _____    _____
    _____      ongoing payment begins  _____    _____
                         Approximate arrearage  _____  Interest  _____    _____

7.  Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmt. |
|---|---|---|---|
| IRS (tax lien) | $ 2,669.51 | 4.00% | $49.00 |
| Santander (2013 Cadillac ATS) | $ 9,500.00 | 0.00% | $190.00 |

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

Collateral

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Thomas E. Long (tickets) | $ 863.75 | 0.00% | $40.00 |
| State of Arkansas (benefit overpayment) | $ 531.86 | 0.00% | $20.00 |
| Fed Loan (partial) | $ 1,000.00 | 4.00% | $20.00 |
| Navient (partial) | $ 1,000.00 | 4.00% | $20.00 |

11. Student Loan Claims and Other Long Term Claims:

| Fed Loan (remaining balance) | (X) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
| Navient (remaining balance) | (X) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

Scott Izenberg                                         (X) Assume      ( ) Reject

17. Completion:     Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the

hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

/s/ Jimmy E. McElroy  TN Bar #011908                Date   May 7, 2019
Debtor's Attorney's Signature